# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicole E. Janousek <br> **Debtor(s)** | **BK NO. 17-02516 HWV** <br><br> **Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PACIFIC UNION FINANCIAL, LLC and index same on the master mailing list.

              Respectfully submitted,

              **/s/James C. Warmbrodt, Esquire**
              James C. Warmbrodt, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              412-430-3594