```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                          Case No. 17-02516-HWV
Nicole E Janousek                                               Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0314-1      User: REshelman         Page 1 of 1         Date Rcvd: Aug 04, 2017
                          Form ID: ntnew341       Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
```
db              +Nicole E Janousek,    1841 Lexington Avenue,    Middletown, PA 17057-3486
4941279         +CAPITAL ONE/BONTN,    Attn: General Correspondence,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
4941282         +COMENITY BANK/VCTRSSEC,    Capital One,   Attn: General Correspondence,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
4941278         +Capital One Bank USA,    PO Box 30285,   Salt Lake City, Utah 84130-0285
4941280         +Chase/Bank One,    PO Box 15298,   Wilmington, Delaware 19850-5298
4941281         +Citi Cards,    PO Box 6241,   Sioux Falls, South Dakota 57117-6241
4941284         +Pacific Union Finanical,    PO Box 8026,   Cedar Rapids, Iowa 52408-8026
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4941283         +E-mail/Text: unger@members1st.org Aug 04 2017 19:08:04      Members 1st F C U,   5000 Louise Dr.,
                  Mechanicsburg, Pennsylvania 17055-4899
4941285         +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2017 19:09:51      SYNCB/JC Penney,   PO Box 965007,
                  Orlando, Florida 32896-5007
                                                                                              TOTAL: 2
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
```
              Chad J. Julius    on behalf of Debtor Nicole E Janousek cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Nicole E Janousek  
Debtor(s)

Chapter 13

Case No. 1:17−bk−02516−HWV

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: September 28, 2017<br>Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
Ronald Reagan Federal Building  
PO Box 908  
Harrisburg, PA 17108  
(717) 901−2800

**For the Court:**  
Terrence S. Miller  
Clerk of the Bankruptcy Court:  
By: REshelman, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: August 4, 2017