```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                         Case No. 17-02516-HWV
Nicole E Janousek                                              Chapter 13
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1           User: REshelman              Page 1 of 1                  Date Rcvd: Oct 02, 2017
                               Form ID: ntcnfhrg            Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db             +Nicole E Janousek,    1841 Lexington Avenue,    Middletown, PA 17057-3486
4941279        +CAPITAL ONE/BONTN,    Attn: General Correspondence,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
4941282        +COMENITY BANK/VCTRSSEC,    Capital One,   Attn: General Correspondence,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
4941278        +Capital One Bank USA,    PO Box 30285,   Salt Lake City, Utah 84130-0285
4941280        +Chase/Bank One,    PO Box 15298,   Wilmington, Delaware 19850-5298
4941281        +Citi Cards,    PO Box 6241,   Sioux Falls, South Dakota 57117-6241
4941284        +Pacific Union Fnianical,    PO Box 8026,   Cedar Rapids, Iowa 52408-8026
4965540        +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4941283        +E-mail/Text: unger@members1st.org Oct 02 2017 19:13:49      Members 1st F C U,   5000 Louise Dr.,
                 Mechanicsburg, Pennsylvania 17055-4899
4971279         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2017 19:19:12
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4968430        +E-mail/Text: bankruptcy@loanpacific.com Oct 02 2017 19:13:51      Pacific Union Financial, LLC,
                 1603 LBJ Freeway, Suite 500,    Farmers Branch, TX 75234-6071
4973020         E-mail/Text: bnc-quantum@quantum3group.com Oct 02 2017 19:12:49
                 Quantum3 Group LLC as agent for,    Velocity Investments LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
4941285        +E-mail/PDF: gecsedi@recoverycorp.com Oct 02 2017 19:18:19      SYNCB/JC Penney,   PO Box 965007,
                 Orlando, Florida 32896-5007
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor Nicole E Janousek cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Nicole E Janousek<br>Debtor(s) | Chapter 13<br>Case No. 1:17−bk−02516−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**November 1, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd<br>Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: November 8, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 2, 2017 |