# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicole E. Janousek<br>**Debtor(s)** | **BK NO. 17-02516 HWV**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation and index same on the master mailing list.

                                  Respectfully submitted,

                                  **/s/ James C. Warmbrodt, Esquire**
                                  James C. Warmbrodt, Esquire
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA  19106
                                  412-430-3594