IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| NICOLE E. JANOUSEK | : | |
|     Debtor, | : | |
| | : | Bankruptcy No. 1:17-bk-02516-HWV |
| TOYOTA MOTOR CREDIT | : | |
| CORPORATION | : | |
|     Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NICOLE E. JANOUSEK | : | |
| CHARLES J. DEHART, III | : | |
|     Respondents. | : | |

## DEBTOR'S ANSWER TO TOYOTA MOTOR CREDIT CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362

AND NOW COMES, NICOLE E. JANOUSEK, Debtor, who, by and through her attorneys, Jacobson & Julius, files her Answer to Toyota Motor Credit Corporation's Motion for Relief from the Automatic Stay and in support thereof states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted in part and denied in part. It is admitted that Debtor is behind in post-petition payments to Movant. It is denied that the amount of the arrearage is as set forth in Movant's Motion. Regardless, Debtor is hopeful that Movant will allow the Debtor to execute a Stipulation not to exceed six months.

7. Admitted in part and denied in part. It is admitted that Debtor is behind in post-petition payments to Movant. It is denied that the amount of the arrearage is as set forth in Movant's Motion. Regardless, Debtor is hopeful that Movant will allow the Debtor to execute a Stipulation not to exceed six months.

8a-c. Paragraph 8 of Movant's Motion is a conclusion of law which no response is required.

9. Paragraph 9 of Movant's Motion is a conclusion of law which no response is required.

WHEREFORE, Debtor, through counsel, respectfully requests this honorable court deny Movant's Motion and grant any other relief deemed just and appropriate.

Respectfully Submitted,

JACOBSON & JULIUS

Date: January 5, 2017

s/ Chad J. Julius
Chad J. Julius
ID # 209496
8150 Derry Street, Ste. A
Harrisburg, PA 17111
717.909.5858
717.909.7788 [fax]

CERTIFICATE OF SERVICE

  I, Tiffany Ramsey, paralegal with Jacobson & Julius, hereby certify that I have served a copy of the foregoing Answer on the following person(s) by E-Service, addressed to:

JAMES C. WARMBRODT, ESQUIRE
KML LAW GROUP, P.C.
SUITE 500- BNY INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PA 19106-1532

CHARLES J. DEHART III, ESQUIRE
CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
dehartstaff@pamd13trustee.com; harrisburgect@ramapo.com

U.S. TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101


Dated: January 5, 2017                s/Tiffany Ramsey
                             Jacobson & Julius
                             8150 Derry Street
                             Harrisburg, PA  17111
                             717.909.5858
                             FAX:  717.909.7788