```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02516-HWV
Nicole E Janousek                                                   Chapter 13
       Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: REshelman          Page 1 of 1          Date Rcvd: Jun 19, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.
db              +Nicole E Janousek,    1841 Lexington Avenue,    Middletown, PA 17057-3486

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                  Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2018 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor 1 Nicole E Janousek cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nicole E. Janousek <br> _Debtor_ | CHAPTER 13 |
| PACIFIC UNION FINANCIAL, LLC <br> _Movant_ <br> vs. | NO. 17-02516 HWV |
| Nicole E. Janousek <br> _Debtor_ | |
| Charles J. DeHart, III Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: June 19, 2018

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (KB)