Certificate Number: 15317-PAM-DE-036785160

Bankruptcy Case Number: 17-02516



15317-PAM-DE-036785160

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on August 25, 2022, at 1:02 o'clock PM PDT, Nicole Janousek completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 25, 2022      By: /s/Janice Morla

                                          Name: Janice Morla

                                          Title: Counselor