In re:     Case No. 17-02516-HWV

Nicole E Janousek     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2

Date Rcvd: Aug 23, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Pennsylvania Turnpike Commission, Attn: Max Oswald - Manager of Payroll, 700 S. Eisenhower Blvd., Middletown, PA 17057-5529 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Nicole E Janousek cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | |

       on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pa-bk@logs.com

Kristen D Little

       on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al kdlittleecf@gmail.com

United States Trustee

       ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
NICOLE E. JANOUSEK : CASE NO.: 1:17-bk-02516-HWV
:

UPON CONSIDERATION of the above-referenced Debtor, Nicole E. Janousek, having filed a *Motion to Terminate Wage Attachment* under Chapter 13 of the Bankruptcy Code;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the entity from whom Debtor receives income:

Pennsylvania Turnpike Commission
Attn: Max Oswald - Manager of Payroll
700 S. Eisenhower Blvd.
Middletown, PA 17057

shall terminate all deductions and wage attachments remitted to Chapter 13 Trustee, Jack N. Zaharopoulos, from said Debtor's income, previously ordered by this Honorable Court on October 10, 2017.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 22, 2022