# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    NICOLE E JANOUSEK                                              Case No.: 1-17-02516-HWV

                                                                                          Chapter 13

            Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NATIONSTAR MORTGAGE LLC D/B/A MR COOPER |
| Court Claim Number: | 02 |
| Last Four of Loan Number: | 3799/PRE ARREARS/1841 LEXINGTON AVE |
| Property Address if applicable: | 1841 LEXINGTON AVENUE, , MIDDLETOWN, PA17057 |

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $3,534.23 |
| b. | Prepetition arrearages paid by the Trustee: | $3,534.23 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $3,534.23 |

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 12, 2022                      Respectfully submitted,

                                                      /s/Jack N. Zaharopoulos
                                                      Standing Chapter 13 Trustee
                                                      Suite A, 8125 Adams Drive
                                                      Hummelstown, PA 17036
                                                      Phone: (717) 566-6097
                                                      Fax: (717) 566-8313
                                                      eMail: info@pamd13trustee.com

Creditor Name: NATIONSTAR MORTGAGE LLC D/B/A MR COOPER
Court Claim Number: 02

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------------|-----------|----------|------------|
| 5200  | 1204728 | 07/11/2019 | $104.77   | $0.00    | $104.77    |
| 5200  | 1206084 | 08/07/2019 | $165.46   | $0.00    | $165.46    |
| 5200  | 1207553 | 09/26/2019 | $252.09   | $0.00    | $252.09    |
| 5200  | 1208716 | 10/10/2019 | $86.64    | $0.00    | $86.64     |
| 5200  | 1209851 | 11/07/2019 | $169.54   | $0.00    | $169.54    |
| 5200  | 1211205 | 12/12/2019 | $248.69   | $0.00    | $248.69    |
| 5200  | 1212565 | 01/16/2020 | $165.81   | $0.00    | $165.81    |
| 5200  | 1213917 | 02/13/2020 | $165.80   | $0.00    | $165.80    |
| 5200  | 1215231 | 03/12/2020 | $165.80   | $0.00    | $165.80    |
| 5200  | 1216512 | 04/14/2020 | $248.70   | $0.00    | $248.70    |
| 5200  | 1217554 | 05/06/2020 | $79.98    | $0.00    | $79.98     |
| 5200  | 1218521 | 06/02/2020 | $159.94   | $0.00    | $159.94    |
| 5200  | 1219552 | 07/07/2020 | $239.92   | $0.00    | $239.92    |
| 5200  | 1220590 | 08/12/2020 | $79.97    | $0.00    | $79.97     |
| 5200  | 1221651 | 09/17/2020 | $239.92   | $0.00    | $239.92    |
| 5200  | 1222648 | 10/15/2020 | $159.94   | $0.00    | $159.94    |
| 5200  | 1223480 | 11/03/2020 | $80.86    | $0.00    | $80.86     |
| 5200  | 1224415 | 12/10/2020 | $242.58   | $0.00    | $242.58    |
| 5200  | 1226202 | 01/19/2021 | $161.72   | $0.00    | $161.72    |
| 5200  | 1227222 | 02/17/2021 | $316.10   | $0.00    | $316.10    |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NICOLE E JANOUSEK  Case No.: 1-17-02516-HWV
 Chapter 13
   Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 12, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

CHAD J JULIUS ESQUIRE  SERVED ELECTRONICALLY
LAW OFFICES OF LESLIE D JACOBS
8150 DERRY STREET
HARRISBURG PA, 17111-5212

NATIONSTAR MORTGAGE LLC  SERVED BY 1ST CLASS MAIL
PO BOX 619096
DALLAS, TX, 75261-9741

NICOLE E JANOUSEK  SERVED BY 1ST CLASS MAIL
1841 LEXINGTON AVENUE
MIDDLETOWN, PA 17057

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 12, 2022  /s/ Liz Joyce
 for Jack N. Zaharopoulos
 Standing Chapter 13 Trustee
 Suite A, 8125 Adams Drive
 Hummelstown, PA 17036
 Phone: (717) 566-6097
 Fax: (717) 566-8313
 eMail: info@pamd13trustee.com